## 55694. WHARTON et al. v. STATE.

QUILLIAN, Presiding Judge.

The defendants appeal their convictions for attempted theft and aggravated assault. *Held:*

1. The Supreme Court in *State v. Middlebrooks,* 236 Ga. 52 (222 SE2d 343), has already adversely decided the

question raised with regard to the failure to hold a commitment hearing.

2. Testimony by a witness as to statements made to him by one of the defendants was not inadmissible as hearsay. *Sheffield v. State,* 107 Ga. App. 610 (3) (131 SE2d 76).

3. Under the circumstances here, and absent a proper request, it was not error to fail to charge on the "presumption of good general character." See *Knighton v. State,* 72 Ga. App. 43 (32 SE2d 861); *Widner v. State,* 197 Ga. 542, 545 (2) (30 SE2d 97).

4. The evidence was sufficient to authorize the verdict.

*Judgments affirmed. Webb and McMurray, JJ., concur.*

SUBMITTED APRIL 6, 1978 — DECIDED MAY 9, 1978.

*Memory & Thomas, Bruce M. Walker,* for appellants.
*Dewey Hayes, District Attorney, M. C. Pritchard, Assistant District Attorney,* for appellee.